# EXHIBIT A

Status ( Active ) PolicyStat ID ( 14709467 )



| | | | |
|---|---|---|---|
| Origination | 02/2024 | Owner | Linda Adkison: Associate Provost |
| Last Approved | 02/2024 | | |
| Effective | 02/2024 | Area | Academic and Research Policies |
| Last Revised | 02/2024 | | |
| Next Review | 02/2025 | | |

# Separation Reinstatement Policy, 7.013

## SCOPE:

This policy addresses students who permanently separate from any PCOM campus/location and request to be reinstated to their prior degree program. This does not apply to students who are on an approved leave of absence from their program or those students who request to enter a degree program other than the one they permanently separate from at PCOM. While the student may apply for reinstatement at any time, return to the program, if granted, is dependent on the program's scheduling cycle/ availability /capacity.

## POLICY STATEMENT:

Students, who have voluntarily or involuntarily permanently separated from their degree program at PCOM, may apply for reinstatement to that degree program at any time following their permanent separation. Students who are reinstated will be required to follow the current degree program requirements and will be provided with a new maximum timeframe to complete their degree requirements. When a student is reinstated, the program may at its discretion, accept credits previously earned in the degree program that meet the current degree program requirements. The student is limited to one reinstatement for each degree program.

## DEFINITIONS:

Separation – the process of a student being withdrawn from PCOM. A student may leave voluntarily, as occurs through the student's request to withdrawal from the institution, or involuntarily, as occurs with an administrative withdrawal process for non-enrollment, through an academic dismissal process, or action taken by the college's right to separate a student from the institution.

MSPE - Medical Student Performance Evaluation is a summary document submitted to the Electronic

Residency Application Service during the student's fourth year in the Doctor of Osteopathic Medicine Program.

# POLICY:

**Process**

- A student may request to be reinstated in their degree program by completing the "Separation Reinstatement" form found on the registrar's website. The application will request the following required documents:
    - Transcripts from other schools attended while separated from PCOM.
    - A request to return on a specific date.
    - A brief explanation (250 words or less) of the circumstances leading to separation from PCOM and any contributing factors.
    - A description (500 words or less) of steps taken during the intervening period to address the reasons for separation, e.g., medical issues, family issues, academic issues.
    - A plan (250 words or less) for success following returning to the program, if granted.
- On the Separation Reinstatement form, the student may request consideration for a different campus from the original campus, if circumstances warrant.
- The re-instatement process:
    - Upon receipt of the letter from a former student requesting reinstatement, the provost will request information on the student from the Registrar's Office.
    - The provost may schedule an interview with the student.
    - The provost will notify the campus dean about the reinstatement request. A time line will be provided for a decision since this may impact the ongoing process of admitting students.
    - The student will be interviewed by two faculty selected by the provost who will submit a summary report within 5 days of the scheduled interview.
    - The dean will meet with the faculty interviewers about the student's request and schedule an interview.
    - The interviewers will transmit a recommendation to the provost on reinstatement of the student.
    - The provost will communicate the decision for reinstatement via email to the student, campus dean (provost decision), and registrar's office. Any reinstatement will be contingent upon the outcome of a background check.

**Reinstatement Implications**

- The student will not be counted in the maximum number of students allowed in the cohort.
- The student may be required to retake all courses and clerkships.
- The student will be required to pay tuition for all coursework regardless of repeating or remediation coursework.

- Prior coursework and corresponding grades will remain on the transcript.
- The grade point average (gpa) will only include the highest grade for a repeated course.
- Maximum Time frame to complete degree requirements: For the Doctor of Osteopathic Medicine degree, two matriculations dates will appear on the MSPE along with an explanation for the gap between the two matriculation dates.
- A new time frame will be developed for the reinstated student based on any previous coursework permitted to count towards the completion of the degree program.

**Interpretation Authority** - Provost

## Approval Signatures

| Step Description | Approver | Date |
| --- | --- | --- |
| Provost Approval | Ken Veit: Provost-Sr. VP Acad.Aff.& Dean | 02/2024 |
| Legal Approval | Bernice Sykes: Asst to Chief Legal Affrs Offr | 02/2024 |
| Compliance Approval | Margaret McKeon: Chief Compliance Officer | 11/2023 |
| Department Approval | Linda Adkison: Associate Provost | 11/2023 |
| Policy Owner | Linda Adkison: Associate Provost | 11/2023 |